IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DATASCI, LLC<br>18111 Prince Philip Drive<br>Olney, MD 20810<br><br>Plaintiff,<br><br>vs.<br><br>COVANCE INC.<br>210 Carnegie Center<br>Princeton, New Jersey 08540,<br><br>Defendant. | Civil Action No. 8:08-cv-01583-MJG |

## TENTH STIPULATION FOR EXTENSION OF TIME

Plaintiff DataSci, LLC and Defendant Covance Inc., to foster ongoing discussions between the parties and attempts to schedule a further settlement discussion amongst the principals of the parties, have agreed to permit Defendant Covance until February 19, 2010 to answer or otherwise respond to the Complaint.

Dated: January 5, 2010           Respectfully submitted,

                                    By: /s/ Khashayar S. Shahida
                                           Khashayar S. Shahida (Bar No. 17472)
                                           Joel Freed (admitted *pro hac vice*)
                                           Michael W. Connelly (admitted *pro hac vice*)
                                           MCDERMOTT, WILL & EMERY
                                           600 Thirteenth Street, N.W.
                                           Washington, D.C. 20005-3096
                                           Telephone: 202-756-8000
                                           Facsimile: 202-756-8087

                                   Attorneys for Defendant Covance Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, a copy of the foregoing TENTH STIPULATION FOR EXTENSION OF TIME was served upon the following counsel, via Federal Express:

**Counsel for Plaintiff Datasci, LLC**

Gerard Patrick Martin, Esq.
Rosenberg Martin Funk Greenberg LLP
25 S. Charles St., Ste.2115
Baltimore, MD 21201


Richard James Oparil, Esq.
Patton Boggs LLP
2550 M St., N.W.
Washington, D.C. 20037


Kevin Monroe Bell, Esq.
Patton Boggs LLP
8484 Westpark Dr., Ninth Fl.
McLean, VA 22102


By: _____
Michael W. Connelly

WDC99 1814204-1.046273.0173