# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DATASCI, LLC<br>18111 Prince Philip Drive<br>Olney, MD 20810<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COVANCE INC.<br>210 Carnegie Center<br>Princeton, New Jersey 08540,<br><br>　　Defendant. | Civil Action No. 8:08-cv-01583-MJG |

## ELEVENTH STIPULATION FOR EXTENSION OF TIME

Plaintiff DataSci, LLC and Defendant Covance Inc., to foster ongoing discussions between the parties and attempts to schedule a further settlement discussion amongst the principals of the parties, have agreed to permit Defendant Covance until April 7, 2010 to answer or otherwise respond to the Complaint.

Dated: February 19, 2010                Respectfully submitted,


                                        By: /s/ Khashayar S. Shahida
                                            Khashayar S. Shahida (Bar No. 17472)
                                            Joel Freed (admitted *pro hac vice*)
                                            Michael W. Connelly (admitted *pro hac vice*)
                                            MCDERMOTT, WILL & EMERY
                                            600 Thirteenth Street, N.W.
                                            Washington, D.C.  20005-3096
                                            Telephone:  202-756-8000
                                            Facsimile:   202-756-8087

                                        Attorneys for Defendant Covance Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, a copy of the foregoing ELEVENTH STIPULATION FOR EXTENSION OF TIME was served upon the following counsel, via Federal Express:

**Counsel for Plaintiff Datasci, LLC**

Gerard Patrick Martin, Esq.
Rosenberg Martin Funk Greenberg LLP
25 S. Charles St., Ste.2115
Baltimore, MD 21201


Richard James Oparil, Esq.
Patton Boggs LLP
2550 M St., N.W.
Washington, D.C. 20037


Kevin Monroe Bell, Esq.
Patton Boggs LLP
8484 Westpark Dr., Ninth Fl.
McLean, VA 22102


By: *Celia Asinor* (signature)
Celia Asinor
Paralegal for Defendant Covance Inc.

WDC99 1831169-1.046273.0173