**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

DATASCI, LLC
18111 Prince Philip Drive
Olney, MD 20810

      Plaintiff,

      vs.

COVANCE INC.
210 Carnegie Center
Princeton, New Jersey 08540,

      Defendant.

Civil Action No. 8:08-cv-01583-MJG

## TWELFTH STIPULATION FOR EXTENSION OF TIME

Plaintiff DataSci, LLC and Defendant Covance Inc., to foster ongoing discussions between the parties and attempts to schedule a further settlement discussion amongst the principals of the parties, have agreed to permit Defendant Covance until May 25, 2010 to answer or otherwise respond to the Complaint.

Dated: April 2, 2010                  Respectfully submitted,

                                      By: /s/ Khashayar S. Shahida
                                          Khashayar S. Shahida (Bar No. 17472)
                                          Joel Freed (admitted *pro hac vice*)
                                          MCDERMOTT, WILL & EMERY
                                          600 Thirteenth Street, N.W.
                                          Washington, D.C.  20005-3096
                                          Telephone:  202-756-8000
                                          Facsimile:  202-756-8087

                                      Attorneys for Defendant Covance Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010, a copy of the foregoing TWELFTH

STIPULATION FOR EXTENSION OF TIME was served upon the following counsel, via

Federal Express:

**Counsel for Plaintiff Datasci, LLC**

Gerard Patrick Martin, Esq.
Rosenberg Martin Funk Greenberg LLP
25 S. Charles St., Ste.2115
Baltimore, MD 21201

Richard James Oparil, Esq.
Patton Boggs LLP
2550 M St., N.W.
Washington, D.C. 20037

Kevin Monroe Bell, Esq.
Patton Boggs LLP
8484 Westpark Dr., Ninth Fl.
McLean, VA 22102

By: _Chris May_____
Christopher L. May

WDC99 1854605-1.046273.0173