IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DATASCI, LLC<br>18111 Prince Philip Drive<br>Olney, MD 20810<br><br>Plaintiff,<br><br>vs.<br><br>COVANCE INC.<br>210 Carnegie Center<br>Princeton, New Jersey 08540,<br><br>Defendant. | Civil Action No. 8:08-cv-01583-MJG |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendants respectfully move for leave to permit Michael W. Connelly to withdraw as counsel for Covance Inc. Substituted in his place are Covance's remaining attorneys of record at McDermott, Will & Emery LLP. Because the withdrawal of Mr. Connelly as counsel does not leave Defendants unrepresented, will not delay the trial of the case, is not otherwise inequitable, and will not prejudice Plaintiffs, Defendants respectfully request that their motion be granted.

Dated: May 14, 2010                    Respectfully submitted,

By: /s/ Khashayar S. Shahida
    Khashayar S. Shahida (Bar No. 17472)
    Joel Freed (admitted *pro hac vice*)
    MCDERMOTT, WILL & EMERY
    600 Thirteenth Street, N.W.
    Washington, D.C. 20005-3096
    Telephone: 202-756-8000
    Facsimile: 202-756-8087

Attorneys for Defendant Covance Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, a copy of the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL was served upon the following counsel, via Federal Express:

**Counsel for Plaintiff Datasci, LLC**

Gerard Patrick Martin, Esq.
Rosenberg Martin Funk Greenberg LLP
25 S. Charles St., Ste.2115
Baltimore, MD 21201

Richard James Oparil, Esq.
Patton Boggs LLP
2550 M St., N.W.
Washington, D.C. 20037

Kevin Monroe Bell, Esq.
Patton Boggs LLP
8484 Westpark Dr., Ninth Fl.
McLean, VA 22102

By: _____
Christopher L. May

WDC99 1871361-2.046273.0173