IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| DATASCI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08-1583-MJG |
| v. | ) |
| | ) |
| COVANCE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff, DataSci LLC, hereby dismisses this action without prejudice.

Dated: July 27, 2010

Respectfully submitted,

/s/ Richard J. Oparil
Gerard P. Martin (Bar No. 00691)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201
(410) 727-6600
(410) 727-1115 (fax)

Richard J. Oparil (Bar No. 13063)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

Kevin M. Bell (Bar No. 14382)
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)

*Attorneys for Plaintiff Datasci, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 27, 2010, a copy of the foregoing was served by the Court's electronic filing system on counsel for the defendant.

                                          /s/ Richard J. Oparil
                                          Richard J. Oparil

5110378